IN RE CONFINEMENT OF HAYES

No. 138 PC.

Case below: 18 N.C. App. 560.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals denied 1 September 1973. Appeal dismissed 1 September 1973.

IN RE YORK

No. 134 PC.

Case below: 18 N.C. App. 425.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

JORDAN v. CAMPBELL

No. 16 PC.

Case below: 19 N.C. App. 97.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

KACZALA v. RICHARDSON

No. 124 PC.

Case below: 18 N.C. App. 446.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

LIVENGOOD v. RAILWAY CO.

No. 131 PC.

Case below: 18 N.C. App. 352.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.